USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------
JOSEPH P. LASALA and
FRED S. ZEIDMAN, as CO-TRUSTEES       :       06 Civ. 1736 (CSH)
of the AREMISSOFT CORPORATION         :
LIQUIDATING TRUST,                    :
                                      :
    Plaintiffs,                      :
                                      :
v.                                    :       **ORDER**
                                      :
UBS AG,                               :
                                      :
    Defendant.                       :
------------------------------------------------------------

    Plaintiffs move for reconsideration of the Court's order entered on August 16, 2007, dismissing the complaint against defendant bank UBS AG on the ground of *forum non conveniens*.

    Plaintiffs based this motion on "new facts," specifically, the notice given by the United States Department of Justice that the Government intended to bring civil money laundering claims against similarly situated foreign banks pursuant to 18 U.S.C. §§ 1956 and 1957. The Government's intended action grew out of the same nucleus of facts as the captioned case. Plaintiffs argued in their motion for reconsideration that the pendency of such a closely related case should be factored into the *forum non conveniens* calculus.

    While plaintiffs' motion for reconsideration was pending, the Government filed civil money laundering claims against the two other banks in question, Bank of Cyprus Public Company Limited, S.D.N.Y. Docket Number 07 Civ. 9234, and Lloyds TSB PLC, S.D.N.Y. Docket Number 07 Civ. 9235.

In Orders filed today, the Court dismissed both these actions on the ground of lack of subject matter jurisdiction. Those dismissals eliminate the basis for the plaintiffs' motion for reconsideration. That motion is accordingly DENIED.

It is SO ORDERED.

Dated: New York, New York
March 31, 2009

_____
CHARLES S. HAIGHT, JR.
SENIOR UNITED STATES DISTRICT JUDGE